1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9

10                         NORTHERN DISTRICT OF CALIFORNIA

11

12    ARIELLA WALKER,

13              Plaintiff,                          No.  C 21-09037 WHA

14         v.

15    NATIONAL TECHNOLOGY &                    **ORDER TO SHOW CAUSE**
      ENGINEERING SOLUTIONS OF
16    SANDIA, LLC,

17              Defendant.

18    ─────────────────────────────

19          A hearing was held today for the initial case management conference in this suit.  This

20    hearing was set via ECF on January 6, 2022 (Dkt. No. 6).  The docket entry notes that the

21    hearing would be held today, April 28, 2022, at 11:00 AM in Courtroom 12 on the 19th Floor

22    of 450 Golden Gate Avenue, San Francisco.

23          Shortly before the start of the hearing, defense counsel called plaintiff's counsel and left

24    a voicemail and also emailed plaintiff's counsel.  The case was called on time in Courtroom 12

25    on the 19th Floor of 450 Golden Gate Avenue, and plaintiff's counsel did not appear.  As

26    stated, defense counsel was present.  A different case was called.  While that different matter

27    was being heard, the Courtroom Deputy emailed plaintiff's counsel at 11:31 AM to inquire as

28    to his whereabouts.  No response was given from either person's attempt.

United States District Court
Northern District of California

The case was called again at approximately 11:40 AM.  Plaintiff's counsel again did not appear.

Plaintiff is **ORDERED TO SHOW CAUSE** why the case should not be dismissed for failure to prosecute.  A hearing on this order is set for **MAY 12, 2022, AT 8:00 AM**.  Any written response to this order is due **MAY 9, 2022, AT NOON**.

**IT IS SO ORDERED.**

Dated:  April 28, 2022.

_____

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California